IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC, <br><br> Plaintiff, <br><br> v. <br><br> BBB NATIONAL PROGRAMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-02941-D |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff AT&T Mobility LLC, by and through its counsel, hereby voluntarily dismisses the above-captioned action against Defendant BBB National Programs, Inc., with prejudice.

                                                Respectfully submitted,

Dated: December 19, 2025               **REESE MARKETOS LLP**


                                           By: */s/ Pete Marketos*
                                                 Pete Marketos
                                                    State Bar No. 24013101
                                                    pete.marketos@rm-firm.com
                                               Tyler J. Bexley
                                                    State Bar No. 24073923
                                                    tyler.bexley@rm-firm.com
                                               William J. Hamilton
                                                    State Bar No. 24110808
                                                    will.hamilton@rm-firm.com

                                             750 N. Saint Paul St., Suite 600
                                             Dallas, Texas 75201
                                             Telephone: (214) 382-9810

                                             **ATTORNEYS FOR PLAINTIFF AT&T MOBILITY LLC**


## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2025, a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                             */s/ William J. Hamilton*
                                             Willim J. Hamilton