**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>Plaintiff,<br><br>v.<br><br>BBB NATIONAL PROGRAMS, INC.,<br><br>Defendant. | Civil Action No. 3:25-CV-2941-D |

## ORDER ON NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff AT&T Mobility LLC's Notice of Voluntary Dismissal with Prejudice (the "Notice"). Having considered the Notice and the entire record in this case, the Court is of the opinion that this case should be **DISMISSED WITH PREJUDICE**. Accordingly, it is hereby:

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

December 19, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE